W. J. ADAMS v. STATE.

No. A-6866. Opinion Filed September 21, 1929.
(280 Pac. 1114.)

Thomas W. Conner, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error was convicted of transporting intoxicating liquor, and was sentenced to serve a term of 30 days in the county jail and to pay a fine of $50.  No briefs have been filed by plaintiff in error.  An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.